**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.   Case Number: 3:17-cr-214-J-20JBT

KEANDRE TESHUN WILLIAMS

___

### ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present for any and all of my communications or interactions with the government or its agents with regard to this case and any other state or federal case, investigation or matter, whether it be criminal, civil, or administrative in nature. I will not waive my constitutional rights except in the presence of counsel, and I do not want the government or its agents to contact me for any reason unless my counsel is present.

Dated: 11/6/17

_Keandre Williams_
Defendant's Signature

_Waffa J. Hanania_
Waffa J. Hanania
Florida Bar No. 0888631
Assistant Federal Public Defender
200 West Forsyth Street, Suite 1240
Jacksonville, FL 32202
Telephone: (904) 232-3039
Fax: (904) 232-1937
Waffa_Hanania@fd.org

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by hand delivery to Assistant United States Attorney, 300 North Hogan Street, 7th Floor, Jacksonville FL 32202 in open court on this 6th day of November, 2017.

_Waffa J. Hanania_
Waffa J. Hanania, Assistant Federal Public Defender